UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FELIX PEREIRA,**

**Plaintiff,**

**v.** **Case No. 6:23-cv-1014-CEM-NWH**

**THOMAS CORTRIGHT,**

**Defendant.**
_________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Final Default Judgment Against Defendant Thomas Cortright (Doc. 34, "Motion"). The United States Magistrate Judge issued a Report and Recommendation (Doc. 44), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 44) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion for Final Default Judgment Against Defendant Thomas Cortright (Doc. 34) is **GRANTED in part** and **DENIED in part**.
3. The Clerk is directed to enter default judgment in favor of Plaintiff Felix Pereira and against Defendant Thomas Cortright.
    a. Plaintiff is awarded damages in the amount of $49,440.00.
    b. Plaintiff is awarded attorney's fees in the amount of $6,383.00 and costs in the amount of $467.00.
4. Plaintiff's Motion for Final Default Judgment Against Defendant Thomas Cortright (Doc. 34) is **DENIED** in all other respects.
5. **On or before September 30, 2026**, Zandro E. Palma shall file with the Court Plaintiff's address and proof that Plaintiff has received a copy of the judgment.
6. The Clerk is directed to enter judgment accordingly, notify Zandro E. Palma regarding the judgment, and thereafter close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 9, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record